UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDELHAKIM CHOUBABI,

        Plaintiff,

v.

SHANA CANTONI, *et al.*,

        Defendants.

Case No. C10-1367-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed the complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' motion for summary judgment on the basis of qualified immunity and, in the alternative, on the merits is **GRANTED**; and this action is **DISMISSED**.

3. The Clerk is directed to administratively **TERMINATE** Associate Superintendent Howard Anderson as a defendant on the official docket because he was not properly listed as a party to this lawsuit; and

ORDER OF DISMISSAL- 1

4. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 12th day of August 2011.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 2